CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY v.
GEORGE KELLOGG.

FILED SEPTEMBER 23, 1898.   No. 8169.

Suit in Equity for New Trial in Action at Law: DISMISSAL: JUDGE:
INTEREST IN CASE: WITNESSES. A rehearing having been allowed
in this case, the record is examined, and the conclusions an-
nounced in the former opinion adhered to.

REHEARING of case reported in 54 Neb. 138.   *Affirmed.*

*J. W. Deweese, F. E. Bishop, W. S. Morlan,* and *W. P.
Hall,* for plaintiff in error.

*A. J. Shafer, S. A. Dravo,* and *Stewart & Munger, contra.*

SULLIVAN, J.

After having again carefully examined the record in
this case, we see no reason for receding from the conclu-
sions announced in the former opinion reported in 54 Neb.
138.  The evidence is conflicting and, under a well estab-
lished rule of practice, we are not warranted in interfer-
ing with the finding of the trial court, although we are
inclined to think it should have found in favor of the rail-
road company.  The judgment of the district court will
stand

AFFIRMED.